# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

December 12, 2014

**Before**

RICHARD A. POSNER, *Circuit Judge*

No. 12-2353

| | |
|---|---|
| ALBERTO VELASCO-GIRON, | Petition for Review of an Order |
| *Petitioner*, | of the Board of Immigration Appeals. |
| | |
| *v.* | |
| | |
| ERIC H. HOLDER, JR., Attorney General of the United States, | |
| *Respondent*. | |

## O R D E R

Judge Posner's dissenting opinion, released on September 26, 2014, is hereby withdrawn, and the following dissenting opinion is substituted, with the approval of Judge Easterbrook, the author of the majority opinion. The previous dissenting opinion was based on the wrong draft. Judge Posner apologizes for the mistake.